IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff(s),

v.

CHRISTINE CHAVEZ, as a Police Officer of the City and County of Denver,
CHRISTINE (I) CHAVEZ, individually,
JOEY GASCA, as a Police Officer of the City and County of Denver,
JOEY (I) GASCA, Individually,
KRISTY GARCIA, as a Police Officer of the City and County of Denver,
KRISTY (I) GARCIA, Individually,
DAMON BOWSER, as a Police Officer of the City and County of Denver,
DAMON (I) BOWSER, individually,
GERALD R. WHITMAN, as the former Chief of Police of the City and County of Denver,
GERALD (I) R. WHITMAN, individually, and,
CITY AND COUNTY OF DENVER, a municipal corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the parties are to make a further good faith effort to meet and confer regarding the Protective Order.  The parties shall have up to and including October 18, 2012 to submit a stipulated Protective Order.  The court expects to the parties to make every effort to come to an agreement.  Accordingly, plaintiff's Motion for Protective Order (Docket No. 29) is DENIED without prejudice.  Defendants' Motion to Strike (Docket No. 31) is DENIED AS MOOT.

Date: October 9, 2012