IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff(s),

v.

CHRISTINE CHAVEZ, as a Police Officer of the City and County of Denver,
CHRISTINE (I) CHAVEZ, individually,
JOEY GASCA, as a Police Officer of the City and County of Denver,
JOEY (I) GASCA, Individually,
KRISTY GARCIA, as a Police Officer of the City and County of Denver,
KRISTY (I) GARCIA, Individually,
DAMON BOWSER, as a Police Officer of the City and County of Denver,
DAMON (I) BOWSER, individually,
GERALD R. WHITMAN, as the former Chief of Police of the City and County of Denver,
GERALD (I) R. WHITMAN, individually, and,
CITY AND COUNTY OF DENVER, a municipal corporation,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 34) is GRANTED finding good cause shown.  The written Protective Order (docket no. 34-1) is APPROVED as amended in paragraph 12 and made an Order of Court.

Date: October 19, 2012