IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff,

v.

CHRISTINE CHAVEZ, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED plaintiff's Motion to Compel Disclosure (Docket No. 39) is DENIED AS MOOT.  It is further ORDERED that plaintiff's request for attorney's fees, costs, and sanctions made in her reply (Docket No. 42) is DENIED.

Date: February 6, 2013