IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff,

v.

CHRISTINE CHAVEZ, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Clarification (Docket No. 80) is GRANTED insofar as the court provides the following clarifications.

As to the Motions to Compel involving individual defendants (Docket Nos. 49, 50, 51, & 52), consistent with the court's analysis in its pervious Order (Docket No. 76), the court finds the following:

Interrogatory 1 contains three separate interrogatories: (1) subparts a-d; (2) subpart e; and (3) subpart f.

Interrogatory 2 contains six separate interrogatories: (1) subpart a; (2) subpart b; (3) subpart c; (4) subpart d; (5) subpart e; and (6) subpart f.

Interrogatory 3 contains two separate interrogatories: (1) subparts a-c; and (2) subpart d.

Interrogatory 4 contains one interrogatory.

Interrogatory 5 contains twelve separate interrogatories: "complaints" and "investigations" are distinct interrogatories and there are six different subjects: (1) use of excessive/unnecessary force; (2) violence; (2) threats; (4) abuse of authority; (5) false statements or departing from the truth; and (6) violation of any constitutional right.

Interrogatory 6 contains one interrogatory.

Interrogatory 7 contains eight separate interrogatories: "disciplinary actions" and

"performance evaluations" are distinct interrogatories and there are four subjects: (1) subparts a & b; (2) subpart c; (3) subpart d; and (4) subpart e.

Interrogatory 8 contains two distinct interrogatories: (1) investigations/inquiries while serving as a Denver police officer; and (2) investigations/inquiries while working for other police department or law enforcement agency.

Interrogatory 9 contains four distinct interrogatories: (1) all training you received as a police officer for the City and County of Denver; (2) the schools you attended to receive such training; (3) the nature and substance of the training offered at each specialized school; and (4) the degree or certificate, if any, that you received from each such specialized school.

Accordingly, the court finds there are a total of thirty-nine (39) interrogatories for each of the individual defendants.

Date: May 1, 2013