IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

    Plaintiff,

v.

CHRISTINE CHAVEZ, individually and as a Police Officer of the City and County of Denver,
JOEY GASCA, individually and as a Police Officer of the City and County of Denver,
KRISTY GARCIA, individually and as a Police Officer of the City and County of Denver,
DAMON BOWSER, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, individually and as the former Chief of Police of the City and County of Denver,
CITY AND COUNTY OF DENVER, a municipal corporation,

    Defendants.
_____

**ORDER**
_____

    This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice of Individual Claims Against Defendant Gerald R. Whitman [Docket No. 103], which was filed in CM/ECF as a motion to dismiss.

    Despite Rule 41(a)(1)'s reference to the dismissal of an "action," the weight of authority permits a dismissal of all claims pursuant to Rule 41(a)(1)(A) against fewer than all defendants. *See Montoya v. FedEx Ground Package System, Inc.*, 614 F.3d 145, 148 (5th Cir. 2010); *Blaize-Sampeur v. McDowell*, 2007 WL 1958909, at *2 (E.D.N.Y. June 29, 2007) (noting that, although the Second Circuit had previously stated otherwise, it had "since adopted the approach of the majority of courts in other

circuits – that is, that Rule 41(a) does not require dismissal of the action in its entirety" and permits dismissal of all claims as to a single defendant). Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, the parties have agreed to the dismissal of the individual claims against defendant Whitman with prejudice. Therefore, it is

**ORDERED** that, upon the filing of the parties' stipulation [Docket No. 103], plaintiff's claims were dismissed with prejudice as to defendant Gerald R. Whitman individually. To the extent the stipulation was filed as a motion, it is denied as moot.

DATED December 27, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge