IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff,

v.

CHRISTINE CHAVEZ, individually and as a Police Officer of the City and County of Denver,
JOEY GASCA, individually and as a Police Officer of the City and County of Denver,
KRISTY GARCIA, individually and as a Police Officer of the City and County of Denver,
DAMON BOWSER, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, as a Police Officer of the City and County of Denver, and the
CITY AND COUNTY OF DENVER, a municipal corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Motion for Leave of Court to File Reply in Support of Motion for Protective Order and Objection to Depositions of Irene Rodriguez, Armando Bustos-Meza and Clyde MacArthur Out of Time (Docket No. 124) is GRANTED for good cause shown.  Plaintiff's Reply (Docket No. 125) is accepted for filing and will be considered by the court.

Date: May 28, 2014