IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff,

v.

CHRISTINE CHAVEZ, individually and as a Police Officer of the City and County of Denver,
JOEY GASCA, individually and as a Police Officer of the City and County of Denver,
KRISTY GARCIA, individually and as a Police Officer of the City and County of Denver,
DAMON BOWSER, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, as a Police Officer of the City and County of Denver, and the
CITY AND COUNTY OF DENVER, a municipal corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Allow for Depositions to be Taken at the Federal Courthouse (Docket No. 131) is GRANTED for good cause shown. Plaintiff shall be permitted to take the depositions of each of the Denver Police Officers deponents at either the Alfred A. Arraj U.S. Courthouse or the Byron Rogers U.S. Courthouse.  Plaintiff shall contact Brenda Martinez (303-335-2076) to makes arrangements for the depositions.

Date: June 23, 2014