IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

Plaintiff,

v.

CHRISTINE CHAVEZ, individually and as a Police Officer of the City and County of Denver,
JOEY GASCA, individually and as a Police Officer of the City and County of Denver,
KRISTY GARCIA, individually and as a Police Officer of the City and County of Denver,
DAMON BOWSER, individually and as a Police Officer of the City and County of Denver,
GERALD R. WHITMAN, as a Police Officer of the City and County of Denver, and the
CITY AND COUNTY OF DENVER, a municipal corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion to Strike Defendant's Fifth Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) (Docket No. 139) is GRANTED.  Plaintiff's Motion to Strike Defendant's Fifth Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) (Docket No. 132) is WITHDRAWN.

It is FURTHER ORDERED that plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion to Strike Defendant's Fourth Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) (Docket No. 140) is GRANTED.  Plaintiff's Motion to Strike Defendant's Fourth Supplemental Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1) (Docket No. 133) is WITHDRAWN.

Date: July 11, 2014