**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 6, 2015 |
| Court Reporter: Janet Coppock | Time: one hour and 28 minutes |

**CASE NO. 12-cv-01071-PAB-MJW**

| Parties | Counsel |
|---|---|
| **IRENE RODRIGUEZ,** | Kenneth Padilla |
| | Joaquin Padilla |
| Plaintiffs, | |
| vs. | |
| **CHRISTINE CHAVEZ,** | Conor Farley |
| **JOEY GASCA, and** | Evan Lee |
| **KRISTY GARCIA,** | Jamesy Owen |
| Defendants. | |

**TRIAL PREPARATION CONFERENCE**

**1:35 p.m.      COURT IN SESSION**

APPEARANCES OF COUNSEL.

Matter is set for an 8-day jury trial, commencing November 30, 2015 at 8:00 a.m.

Court and counsel discuss pending motions.

Page Two
12-cv-01071-PAB-MJW
November 6, 2015

Defendants' Motion in Limine [Docket No. 199]

Argument by Mr. Farley.

Argument b Mr. Padilla.

**ORDERED:** Plaintiff shall file a 404(b) brief as to the incidents she thinks don't fall within the rule to be admissible by **November 23, 2015.** Defendants may respond as soon as practicable.

Court and counsel discuss Judge Brimmer's Practice Standards including jury selection of 9, 15 minutes voir dire by counsel, proposed voir dire questions, 45 minutes for opening statements, witnesses and exhibits and the trial being on a chess clock.

**ORDERED:** Witnesses will be **SEQUESTERED**.

**ORDERED:** Defendants shall refile their exhibit in compliance with Judge Brimmer's Practice Standards.

**ORDERED:** Plaintiff's response the Defendants' Motion to Strike [Docket No. 213] is due **November 18, 2015.**

**ORDERED:** Defendants' response to Plaintiff's Motion to Strike [Docket No. 214] is due **November 18, 2015.**

**ORDERED:** Plaintiff's Unopposed Motion for Order to Authorize Payment for Interpreter Expenses [Docket No., 215], is **DENIED**.

**3:03 p.m.    COURT IN RECESS**

**Total in court time:        88 minutes**

**Hearing concluded**