IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-01071-PAB-MJW

IRENE RODRIGUEZ,

    Plaintiff,

v.

CHRISTINE CHAVEZ, individually,
JOEY GASCA, individually,
KRISTY GARCIA, individually,

    Defendants.

_____

### ORDER OF DISMISSAL
_____

This matter is before the Court on the Stipulation for Dismissal With Prejudice [Docket No. 234] filed by the remaining parties in this matter. The parties "stipulate to the dismissal of all of Plaintiff's claims against the Defendants with prejudice." The stipulation, however, was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the Stipulation for Dismissal, by itself, does not serve to dismiss this action. The Court, however, having reviewed the stipulation, finds that dismissal is appropriate. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims by and between plaintiff and defendants are dismissed with prejudice, each party to bear its own costs and attorneys' fees. It is further

**ORDERED** that this case shall be closed in its entirety.

DATED January 8, 2016.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge